IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JORDAN G. HAMILTON, SR. & JESSIE HAMILTON**                          **PLAINTIFFS**

**VS.**                                                              **CAUSE NO. 4:08cv160-SA-DAS**

**THE LINCOLN ELECTRIC COMPANY, ET AL.**                              **DEFENDANTS**

## ORDER GRANTING STAY PENDING TRANSFER DECISION
## BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**THIS CAUSE** came before the court on the motion of the defendants to stay all proceedings in this action, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re Welding Rod Prods. Liab. Litig.* (MDL 1535), the proceeding that has been established in the Northern District of Ohio to coordinate all product liability cases involving alleged unreasonably dangerous welding consumables and welding machines. The court, having considered the motion and the entire record in the cause finds that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all proceedings in this action shall be stayed, pending its likely transfer by the Judicial Panel on Multidistrict Litigation.

**THIS**, the 20th day of July, 2009.

/s/ David A. Sanders
U. S. MAGISTRATE JUDGE